## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DEBORAH GALLAGHER N/K/A DEBORAH A. GATTONE, | : | No. 368 MAL 2020 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| DOUGLAS GALLAGHER, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.